## Heron *v.* Heron, Appellant.

Argued June 17, 1971. *Charles J. Devlin, Jr.,* with him *Carano and Kunken,* for appellant; *Colbert C. McClain,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

SPAULDING, J., absent.